FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**January 22, 2014**

Elisabeth A. Shumaker
Clerk of Court

---

| | |
|---|---|
| In re: C.W. MINING COMPANY, d/b/a Co-Op Mining Company,<br><br>Debtor.<br><br>--------------------------<br><br>KENNETH A. RUSHTON, Trustee,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>ANR COMPANY, INC.,<br><br>    Defendant - Appellant.<br><br>--------------------------<br><br>RHINO ENERGY LLC; CASTLE VALLEY MINING LLC,<br><br>    Interested Parties - Appellees. | Nos. 12-4091, 12-4102, 12-4106, 12-4112, 12-4132, 12-4144<br>(D.C. Nos. 2:10-CV-00079-TS, 2:10-CV-00267-TS, 2:10-CV-00969-TS, 2:10-CV-00269-TS, 2:10-CV-00920-TS, 2:10-CV-00921-TS, 2:10-CV-00922-TS, 2:10-CV-00924-TS) |

---

## JUGMENT

---

Before **TYMKOVICH**, **BRORBY**, and **MURPHY**, Circuit Judges.

---

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in Appeal Nos. 12-4091, 12-4102, 12-4112, 12-4132 and 12-4144. The judgment of that court is reversed and remanded in 12-4106.

                                              Entered for the Court

                                              ELISABETH A. SHUMAKER, Clerk