# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 25, 2014

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  C.O.P. Coal Development Co.
        v. Gary E. Jubber, Trustee, et al.
        No. 13-1289
        (Your No. 12-4091, 12-4102, 12-4106, 12-4112, 12-4132, 12-4144)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 22, 2014 and placed on the docket April 25, 2014 as No. 13-1289.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Melissa Blalock
        Case Analyst